**Steven Rizzo**, OSB No. 840853
srizzo@rizzopc.com
**J. Michael Mattingly**, OSB No.953498
mmattingly@rizzopc.com
Rizzo Mattingly Bosworth PC
1300 S.W. Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630
ATTORNEYS FOR THE PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.G. et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TANYA BURROUGHS, et. al.,<br><br>　　　　Defendants. | Case No. 3:13-cv-01051-AC<br><br>MOTION FOR LEAVE TO FILE REPLY TO RESPONSE TO MOTION TO COMPEL |

In accord with LR 26 – 3(c), the Plaintiffs seek leave to file a Reply to State Defendants' Response to Plaintiffs' Motion to Compel. This motion to exceed is supported by the attached Declaration of Counsel.

Pursuant to LR 7-1, the parties made a good faith effort to confer and were not able to agree.

Dated this 11th day of December, 2013.

RIZZO MATTINGLY BOSWORTH PC

By:_____
Steven Rizzo
srizzo@rizzopc.com
Rizzo Mattingly Bosworth PC
1300 S.W. Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819, Fax: (503) 229-0630
ATTORNEYS FOR PLAINTIFFS

1 -  MOTION FOR LEAVE TO FILE REPLY TO RESPOSNE TO MOTION TO COMPEL

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland OR 97201
T: 503.229.1819  F: 503.229.0630

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| A.G., *et. al.*, | CASE NO. 3:13-CV-01051-AC |
| Plaintiff(s), | |
| v. | **CERTIFICATE OF SERVICE** |
| TANYA BURROUGHS, *et. al.* | |
| Defendant(s). | |

     I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, Oregon 97201.

     On the date below, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE REPLY TO RESPONSE TO MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system. In accordance with State Defendants' ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

**VIA ECF**

James S. Smith
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
james.s.smith@doj.state.or.us
*Of Attorneys for Oregon Department of Human Services, Tanya Burroughs, Diane Bradley, and Judi Martin*

     Dated this 11th day of December, 2013.

*Courtney M. DeKrey*
Courtney M. DeKrey, Paralegal