ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #84093
Senior Assistant Attorney General
DIRK L. PIERSON  #94128
Senior Assistant Attorney General
Trial Attorneys
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  James.S.Smith@doj.state.or.us
            Dirk.L.Pierson@doj.state.or.us

Attorneys for Defendants Oregon Department of Human Services (DHS), Diane Bradley, Tanya Burroughs (fka Gilbert), and Judi Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.G.; B.J.; D.S.; E.K.; EP.-D.; J.B.; K.R.; M.F.; S.B.; and JANE AND JOHN DOES 1-50,<br><br>             Plaintiffs,<br><br>     v.<br><br>THE OREGON DEPARTMENT OF HUMAN SERVICES ("DHS"), a government agency; JANE DOE CERTIFIER, in her individual capacity, an individual; JANE OR JOHN DOE CERTIFIER-SUPERVISOR 1, in his or her individual capacity, an individual; JUDI MARTIN, in her individual capacity, an individual; JANE OR JOHN DOE CERTIFIER-SUPERVISOR 2, in her or his individual capacity; JANE DOE ADOPTION CASEWORKER, in her individual capacity, an individual; JANE OR JOHN DOE ADOPTION CASEWORKER-SUPERVISOR, in his or her individual | Case No.  3:13-cv-01051-AC<br><br>DEFENDANTS DHS, BRADLEY, BURROUGHS, AND MARTIN'S RESPONSE TO PLAINTIFFS' MOTION TO FILE A REPLY CONCERNING MOTION TO COMPEL |

Page 1 -   DEFENDANTS DHS, BRADLEY, BURROUGHS, AND MARTIN'S RESPONSE TO
              PLAINTIFFS' MOTION TO FILE A REPLY CONCERNING MOTION TO COMPEL
       JSS/cbh/4880366-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

capacity, an individual; JAMES EARL MOONEY, in his individual capacity, an individual; JANE OR JOHN DOE CASEWORKERS A 1-9, in their individual capacities; JANE OR JOHN DOE CASEWORKER-SUPERVISORS B 1-9, in their individual capacities; JANE OR JOHN DOE CASEWORKERS C 1-50, in their individual capacities; JANE OR JOHN DOE CASEWORKER-SUPERVISORS D 1-50, in their individual capacities; TANYA BURROUGHS, in her individual capacity, an individual; DIANE BRADLEY, in her individual capacity, an individual; JANE OR JOHN DOE DEFENDANTS 1-25, in their individual capacity,

        Defendants.

This Court's Local Rules limit the briefing on discovery motions, prohibiting a Reply brief. Plaintiffs seek permission for a Reply brief concerning the Plaintiffs' Motion to Compel, but have offered nothing that distinguishes this case or these facts from any of the other civil cases to which the Local Rules apply. Moreover, the parties in this case have agreed that the Court should consider all discovery issues pending at oral argument on January 15, 2014.

DATED December  30 , 2013.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

           s/ James S. Smith
        JAMES S. SMITH #84093
        DIRK L. PIERSON #94128
        Senior Assistant Attorney General
        Trial Attorneys
        Tel (503) 947-4700
        Fax (503) 947-4791
        James.S.Smith@doj.state.or.us
        Dirk.L.Pierson@doj.state.or.us
        Of Attorneys for Defendants Oregon
            Department of Human Services (DHS),
            Diane Bradley, Tanya Burroughs (nka
            Gilbert), and Judi Martin

Page 2 -   DEFENDANTS DHS, BRADLEY, BURROUGHS, AND MARTIN'S RESPONSE TO PLAINTIFFS' MOTION TO FILE A REPLY CONCERNING MOTION TO COMPEL
JSS/cbh/4880366-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791