**Steven Rizzo**, OSB No. 840853
srizzo@rizzopc.com
**J. Michael Mattingly**, OSB No. 953498
mmattingly@rizzopc.com
Rizzo Mattingly Bosworth PC
1300 S.W. Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

ATTORNEYS FOR THE PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.G. et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE OREGON DEPARTMENT OF HUMAN SERVICES ("DHS"), A GOVERNMENT AGENCY, et. al.,<br><br>        Defendants. | Case No. 3:13-cv-01051-AC<br><br>PLAINTIFFS' FED. R. CIV. P. 41 VOLUNTARY DISMISSAL |

The Plaintiffs and all State Defendants have mutually agreed to a resolution in this matter. Previously, as part of that resolution, Plaintiffs withdrew all of their state law claims against the State Defendants on April 15, 2016. (ECF 373) and the court has approved the terms of the parties' settlement. (ECF 374).

Accordingly, pursuant to the terms of the parties' settlement, Plaintiffs voluntarily dismiss all remaining claims alleged against the State Defendants with prejudice and without costs and disbursements or fees to any party.

Plaintiffs further voluntarily dismiss all claims alleged against Defendant James Earl Mooney without prejudice.

Dated this 28th day of April, 2016.

                                              RIZZO MATTINGLY BOSWORTH PC

                                              By:  s/*J. Michael Mattingly*
                                                    J. Michael Mattingly, OSB #953498
                                                    Rizzo Mattingly Bosworth PC
                                                    1300 SW Sixth Avenue, Suite 330
                                                    Portland, OR 97201
                                                    Tel: (503) 229-1819
                                                    Fax: (503) 229-0630
                                                    ATTORNEYS FOR PLAINTIFFS

2 -   PLAINTIFFS' FED. R. CIV.P. 41 VOLUNTARY DISMISSAL

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| A.G., *et. al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> THE OREGON DEPARTMENT OF HUMAN SERVICES ("DHS"), A GOVERNMENT AGENCY, *et. al*. <br><br> Defendant(s). | CASE NO. 3:13-CV-01051-AC <br><br> **CERTIFICATE OF SERVICE** |

  I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

  On the date below, I electronically filed the foregoing **PLAINTIFFS' FED. R. CIV. P. VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

**VIA ECF**

James S. Smith
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Fax: 503-947-4791
james.s.smith@doj.state.or.us
*Of Attorneys for Oregon Department of Human Services, Tanya Burroughs, Diane Bradley, and Judi Martin*

Vanessa A. Nordyke
Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Fax: 503-947-4791
vanessa.a.nordyke@doj.state.or.us
*Of Attorneys for Oregon Department of Human Services, Tanya Burroughs, Diane Bradley, and Judi Martin*

Tracey J. White
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Fax: 503-947-4791
tracey.j.white@doj.state.or.us
*Of Attorneys for Oregon Department of Human Services, Tanya Burroughs, Diane Bradley, and Judi Martin*

Allison Woitalla
Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Fax: 503-947-4791
allison.woitalla@doj.state.or.us
*Of Attorneys for Oregon Department of Human Services, Tanya Burroughs, Diane Bradley, and Judi Martin*

  Dated this 28th Day of April, 2016.

                 *s/Shannon Boyd*
                 Shannon Boyd, Paralegal

1 – Certificate of Service

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630